**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

BRIAN VOGEL and MAHASIN VOGEL, FORMERLY MAHASIN FARDAN,

Plaintiffs.

Civil Action, File No. 01-18

-vs.-

**PARTIAL DISMISSAL WITH PREJUDICE**

CAPITAL ONE FINANCIAL CORPORATION, and NCO FINANCIAL SYSTEMS, INC.

Defendants.

The Plaintiffs' claims against defendant NCO Financial Systems, Inc., having been settled and compromised, Plaintiffs hereby agree and ask the Court to order that:

Plaintiffs' claims against Defendant NCO Financial Systems, Inc., may be and hereby are dismissed with prejudice and on the merits.

Dated this ~~April 19,~~ June 18 2001

UAW – FORD LEGAL SERVICES PLAN

By: [signature]
Randall Smith
Attorney for Plaintiffs
Attorney Registration No. 102684
Suite 235 Wright Building
2233 University Avenue
St. Paul, MN 55414
(651) 641-0647

JUL 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this ~~April~~ June 19, 2001

ERSTAD & RIEMER, P.A.

By: ______________________

Thomas H. Schaefer
Attorney for Defendant NCO
Financial Systems, Inc.
Attorney Registration No. 231587
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

IT IS SO ORDERED:

Dated: July 13, 2001

By the Court,

______________________
Judge of US District Court
Ann D. Montgomery