UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN VOGEL AND MAHASIN VOGEL, FORMERLY MAHASIN FARDAN

Plaintiffs,

v.

CAPITAL ONE FINANCIAL CORPORATION, and NCO FINANCIAL SYSTEMS, INC.

Defendants.

COURT FILE NO. CV-01-18 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Capital One Bank, (incorrectly named as Capital One Financial Corporation herein), Brian Vogel, and Mahasin Vogel, through their respective undersigned counsel, that the above-captioned action has been resolved, and that Plaintiffs' Amended Complaint may be dismissed with prejudice and without costs, attorneys' fees, or expenses awarded to any party, and that the Court may enter the following Order.

Dated: ~~July~~ August 6, 2001

UAW-FORD LEGAL SERVICES PLAN

By: ________________
Randall Smith, Esq.
2233 University Avenue, Suite 235
St. Paul, MN 55114
Attorney For Plaintiffs

Dated: July 30, 2001

DORSEY & WHITNEY LLP

By: ________________
Judith Williams-Killackey (#0280227)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 343-7950
Attorneys for Defendant

AUG 08 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The Court accepts the foregoing stipulation and hereby orders that this matter is dismissed with prejudice, on the merits, and without costs or fees to any party.

**DATE:** August 7, 2001

**BY THE COURT**

Honorable Judge Ann Montgomery
United States District Court Judge